PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-MC-00153-KJM-DB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $110,000.00 IN U.S. CURRENCY, AND | |
| APPROXIMATELY $110,000.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimant Peng Jin Cai ("claimant"), by and through their respective counsel, as follows:

1.      On or about February 16, 2022, claimant filed a claim in the administrative forfeiture proceeding with the United States Postal Inspection Service ("USPIS") with respect to the Approximately $110,000.00 in U.S. Currency and Approximately $110,000.00 in U.S. Currency (hereafter "defendant currency"), which were seized on December 7, 2021, and December 8, 2021.

2.      The USPIS has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

Stipulation and Order to Extend Time

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was May 17, 2022.

4.      By Stipulation and Order filed June 16, 2022, the parties stipulated to extend to August 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed May 16, 2022, the parties stipulated to extend to June 16, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to September 14, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to September 14, 2022.

Dated:    8/15/22                          PHILLIP A. TALBERT
                                           United States Attorney

                                  By:      /s/ Kevin C. Khasigian
                                           KEVIN C. KHASIGIAN
                                           Assistant United States Attorney

Dated:    8/15/22                          /s/ Lance Lazzaro
                                           LANCE LAZZARO
                                           Attorney for potential claimant
                                           Peng Jin Cai
                                           LAZZARO LAW FIRM, P.C.
                                           360 Court Street, Suite 3
                                           Brooklyn, NY  11231
                                           718-488-1900
                                           lazzarolaw@aol.com

                                           (Signature authorized by phone)

       **IT IS SO ORDERED**.

Dated:   8/25/22


                                           _____
                                           CHIEF UNITED STATES DISTRICT JUDGE