# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:22-mc-00153-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Approximately $110,000.00 in U.S. Currency and Approximately $110,000.00 in U.S. Currency, | |
| Defendants. | |

    For more than a year, the United States and a claimant, Peng Jin Cai, have filed stipulations, thirteen in total, requesting the court extend the United States' ninety-day deadline to file a complaint for forfeiture or to allege the currency is subject to forfeiture in an indictment. The court has approved all but the most recent of these stipulations under 18 U.S.C. § 983(a)(3)(A). Under that section, "a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties." The parties cite no binding authority interpreting this section, and the court has located none. *Cf. United States v. Real Prop. Located at 475 Martin Lane, Beverly Hills, CA*, 545 F.3d 1134, 1144 n.5 (9th Cir. 2008) ("[W]e do not consider whether 'good cause' was demonstrated here, because the parties did not sufficiently raise the issue before the district court. . . .

1

Furthermore, we also decline to consider whether there is a limit to how many ex parte extensions the government may obtain since that issue was not presented to us on this appeal.").

    The United States has not shown good cause for a further extension of the deadline. It does not explain its request. The court also declines to extend the deadline "upon agreement of the parties" given the number of extensions the court has already permitted. To avoid any prejudice to the United States and to Peng Jin Cai, the court extends the United States' deadline by **fourteen days only**. The court will not approve any further requests for extensions of time absent a detailed showing of good cause. The United States may request permission to submit that detailed showing in camera if it believes information should not be publicly disclosed.

    IT IS SO ORDERED.

DATED: July 10, 2023.

CHIEF UNITED STATES DISTRICT JUDGE